UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DANNY ROBLES** | : CIVIL ACTION NO. 3:19 CV-566 (CSH) |
| Plaintiff, | : |
| | : |
| | : |
| VS. | : |
| | : |
| **NEW HAVEN POLICE OFFICERS:** | : |
| | : |
| **MARK SALVATI** | : |
| **JUSTIN ROSELLE** | : |
| **EDUARDO LEONARDO** | : |
| **JOHN GREGORGCYK** | : |
| **ANTHONY MAGNANO** | : |
| **MATTHEW BORGES** | : |
| **FRANCISCO SANCHEZ** | : |
| **MARTIN FELICIANO** | : |
| | : |
| Defendants. | : DECEMBER 16, 2020 |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO THE FOLLOWING DEFENDANTS ONLY-JOHN GREGORGCYK, ANTHONY MAGNANO, MATTHEW BORGES, FRANCISCO SANCHEZ, AND MARTIN FELICIANO**

Plaintiff Danny Robles and Defendants JOHN GREGORGCYK, ANTHONY MAGNANO, MATTHEW BORGES, FRANCISCO SANCHEZ, hereby stipulate that the above captioned action may be dismissed with prejudice as to the above-named Defendants only, with each of these parties to bear their own attorney's fees and costs.

THE PLAINTIFF,
DANNY ROBLES


BY:_____/s/_____
       Glenn M. Conway (ct17946)
       Conway Law Firm, LLC
       7 Elm Street
       New Haven, CT 06510
       203-624-1400
       Fax: 203-773-3508
       E-mail: conwaylawfirm@gmail.com
       His Attorney




THE DEFENDANTS,
MARK SALVATI, JUSTIN ROSELLE,
EDUARDO LEONARDO, JOHN
GREGORGCYK (sic) GREGORCZYK,
ANTHONY MAGNANO, MATTHEW BORGES,
FRANCISCO SANCHEZ, MARTIN FELICIANO


BY:_____/s/_____
       Michael A. Wolak, III (ct12681)
       Office of the Corporation Counsel
       165 Church Street, 4th Floor
       New Haven, CT 06510
       203-946-7970
       Fax: 203-946-7942
       E-mail: mwolak@newhavenct.gov
       Their Attorney

## **CERTIFICATION**

     I hereby certify that on December 16, 2020, the Parties Explanation for Failure to Meet Deadlines Set by Court was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.



     /s/
     Glenn M. Conway