UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANNY ROBLES,<br>　　　　Plaintiff, | :　　CIV. NO. 3:19-cv-00566 (CSH)<br>:<br>: |
| V. | :<br>: |
| EDUARDO LEONARDO, ET AL.,<br>　　　　Defendants | :<br>:　　MARCH 4, 2021 |

## JOINT STATUS REPORT

Pursuant to the Court's order on February 5, 2021 [Doc. 43], the undersigned counsel for the parties submit this joint status report.

**A.　Status of Case:**　On February 5, 2021, Officer Eduardo Leonardo filed an amended motion to modify the scheduling order by consent requesting that the Court extend the time by which his deposition was to be conducted by seven days [Doc. 42]. This court granted that motion that same day [Doc. 43]. Discovery thereafter concluded on February 26, 2021 pursuant to this court's order [Doc. 43].

**B.　Referral to a Magistrate:**　The parties have conferred and all consent to a referral to a magistrate judge for a settlement conference.

**C.　Consent to Trial by a Magistrate:**　The parties do not agree to a trial by a Magistrate.

**D.　Estimated Length of Trial:**　Discovery concluded on February 26, 2021, and, accordingly, the parties have not yet finalized their trial plans. Based on the information in their possession, they presently estimate that the trial of this matter, including jury selection, will require approximately three to five days.

THE PLAINTIFF, DANNY ROBLES

BY /s/ Glenn M. Conway
    Glenn M. Conway
    Federal Bar No.: ct17946
    Conway Law Firm, LLC
    Bridgeport, CT 06605
    7 Elm St.
    New Haven, CT 06510
    (203) 624-1400


DEFENDANTS, MARK SALVATI AND JUSTIN ROSELLE

BY /s/ Thomas R. Gerarde
    Thomas R. Gerarde
    ct05640
    Beatrice S. Jordan
    ct22001
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT 06114-11921
    Ph: (860)249-1361
    F: (860)249-7665
    Email: tgerarde@hl-law.com


DEFENDANT, EDUARDO LEONARDO

BY: /s/ James N. Tallberg
    James N. Tallberg
    Federal Bar No.: ct17849
    Karsten & Tallberg, LLC
    500 Enterprise Dr., Suite 4B
    Rocky Hill, CT 06067
    T: (860) 233-5600
    F: (860) 233-5800
    jtallberg@kt-lawfirm.com

**CERTIFICATION**

I hereby certify that on March 4, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

/ss/ James N. Tallberg
James N. Tallberg