UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANNY ROBLES | : | NO.: 3:19-CV-00566 (CSH) |
| | : | |
| v. | : | |
| | : | |
| MARK SALVATI, ET AL | : | DECEMBER 8, 2021 |

## PARTIES' JOINT RESPONSE TO LOCAL RULE 41(a) NOTICE

The parties hereby jointly respond to the Court's Local Rule 41(a) Notice [Doc. 55] of November 22, 2021. In response to the Court's Notice, the parties represent that on March 4, 2021, they filed a Joint Status Report [Doc. 48], wherein the parties requested a referral to a magistrate judge for a settlement conference. This Court granted the request by way of Order [Doc. 50] dated March 12, 2021. Thereafter, a settlement conference was held before Judge Farrish on April 29, 2021. The parties were unable to reach a resolution of this matter at the settlement conference.

Discovery in this matter concluded on February 26, 2021. Following the unsuccessful settlement conference on April 29, 2021, the parties anticipated an assignment for the filing of their Joint Trial Memorandum and trial readiness date. Through inadvertent oversight, the parties did not follow-up with the Court for assignment of the same following the April 29, 2021 settlement conference.

As noted in their Joint Status Report [Doc. 48] of March 4, 2021, the parties anticipate that the trial of this matter, including jury selection, will require approximately three to five days. The parties have conferred and, after reviewing their respective schedules and other trial assignments, this matter would be trial ready on or after **July 11, 2022**, with the Joint Trial Memorandum due thirty (30) days prior thereto on **June 10, 2022**.

THE PLAINTIFF,
DANNY ROBLES


By /s/ Glenn M. Conway
   Glenn M. Conway
   Federal Bar No.: ct17946
   Conway Law Firm, LLC
   7 Elm St.
   New Haven, CT 06510
   Ph: (203) 624-1400
   Fax: (203) 773-3508
   E-mail: conwaylawfirm@gmail.com

DEFENDANT,
EDUARDO LEONARDO


By /s/ James N. Tallberg
   James N. Tallberg
   Federal Bar No.: ct17849
   Karsten & Tallberg, LLC
   500 Enterprise Dr., Suite 4B
   Rocky Hill, CT 06067
   Ph: (860) 233-5600
   Fax: (860) 233-5800
   E-mail: jtallberg@kt-lawfirm.com

DEFENDANTS,
MARK SALVATI AND JUSTIN ROSELLE


By /s/  Thomas R. Gerarde
   Thomas R. Gerarde (ct05640)
   Beatrice S. Jordan (ct22001)
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114-11921
   Ph:  (860) 249-1361
   Fax:  (860) 249-7665
   E-mail: tgerarde@hl-law.com
   E-mail: bjordan@hl-law.com

**CERTIFICATION**

      This is to certify that on December 8, 2021, a copy of the foregoing Parties' Joint Response to Local Rule 41(a) Notice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                         /s/ Thomas R. Gerarde
                                                             Thomas R. Gerarde